[No. 71464-3-I.   Division One.   November 17, 2014.]

*In the Matter of the Dependency of* E.S.

JASON SCOTT, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-11799-0, Barbara A. Mack, J., entered January 3, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 72366-9-I.   Division One.   November 17, 2014.]

THE STATE OF WASHINGTON *Respondent*, v. HAROLD EUGENE LANG, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03984-6, James R. Orlando, J., entered July 25, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ.

[No. 72368-5-I.   Division One.   November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY IAN FRIEDAY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00476-3, Robert A. Lewis, J., entered July 1, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.